UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

MICHAEL PEPIN,                                                      Civil Case No. 1:25-cv-277

                         Plaintiff,                                **JUDGMENT**

    -against-


LATERAL LINK GROUP, INC., *et al.*

                         Defendants.
-------------------------------------------------------------------X

## JUDGMENT

**JUDGMENT** is entered as against Defendants in the amount of $5,000.00, which sum is inclusive of any and all costs now accrued, including interest, expenses, and fees, including attorney's fees.


Date   :       January 8, 2026
               New York, New York

_____
                    J. PAUL OETKEN
               United States District Judge